United States District Court
Southern District of Texas
**ENTERED**
July 06, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF CALLAN MARINE, LTD., AS OWNER OF THE DREDGE GENERAL EISENHOWER, ITS ENGINES, GEAR, TACKLE, ETC. IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § | CIVIL ACTION NO. 4:21-cv-00135<br><br>In Admiralty Pursuant to Rule 9(h) |

## ORDER ON ENTRY OF DEFAULT

Having considered the Motion for Entry of Default and supporting documents for Limitation Petitioner, Callan Marine, Ltd. ("Callan Marine"), and having reviewed same, default is hereby entered against all persons and/or entities claiming damages for any losses, damages, injuries or obstructions occasioned by or resulting from or consequent upon the incident described in Petitioner's Complaint, or in any way arising out of or in connection with the voyage on which the M/D GENERAL EISENHOWER was engaged at the time of such incident, who have not heretofore filed and served upon counsel for Limitation Petitioner their claims and answers herein or secured an order for extension of time to file and serve their claims and answers on or before May 31, 2021, and said persons and/or entities are forever barred from filing and serving any claims in this action.

SIGNED on July 6, 2021.



UNITED STATES DISTRICT JUDGE