United States District Court
Southern District of Texas
**ENTERED**
October 25, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CALLAN MARINE LTD, | § | CIVIL ACTION NO |
| Petitioner, | § | 4:21-cv-00135 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| GUADALUPE GARZA, | § | |
| Respondent. | § | |

## ORDER

The parties have filed a joint status report giving notice of resolution of their dispute. Dkt 31.

All claims by Petitioner Callan Marine Ltd against Respondent Guadalupe Garza are DISMISSED WITH PREJUDICE.

Petitioner may move within sixty days to reinstate the claims against Respondent if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on __October 25, 2023__, at Houston, Texas.


Hon. Charles Eskridge
United States District Judge