United States District Court
Southern District of Texas
**ENTERED**
February 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF CALLAN MARINE, LTD. AS OWNER OF THE DREDGE GENERAL EISENHOWER, ITS ENGINES, GEAR, TACKLE, ETC. IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | C.A. NO. 4:21-CV-00135<br><br>In Admiralty Pursuant to Rule 9(h) |

### ORDER OF DISMISSAL WITH PREJUDICE

Petitioner Callan Marine Ltd. ("Callan Marine") and Claimant Guadalupe Garza ("Claimant") filed an Agreed Motion to Dismiss with Prejudice (the "Motion") whereby the parties request all claims asserted by Petitioner Callan Marine and by Claimant be dismissed with prejudice to refiling.

The Court **ORDERS** that all claims asserted by all parties in Civil Action No. 4:21-CV-00135 be **DISMISSED WITH PREJUDICE**, that the case be closed, and that each party shall bear their own costs.

SIGNED this the 5th day of February. 2024.

_____
Hon. Charles Eskridge
United State District Judge